UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 3:17-CR-147-MPS |
| : | |
| v. : | |
| : | |
| NATALIE LEVINE : | |

### DEFENDANT'S MOTION FOR CONTINUANCE

Defendant, Natalie Levine, by and through her undersigned counsel, hereby moves this Court to continue the sentencing of Ms. Levine, which is presently set for October 5, 2017. In support of this Motion, Defendant states:

1. This is the Defendant's first Motion for Continuance.

2. The reason for this request is that Ms. Levine is currently cooperating with an ongoing government investigation. The continuance of Ms. Levine's sentencing will allow for her continued cooperation and ensure that the government has sufficient time to evaluate the information she has provided, which will be relevant in determining an appropriate sentence.

3. It is the request of the Government and the Defendant that Ms. Levine's sentencing be postponed for six months.

4. The undersigned further represents that the continuance being sought is by agreement with the U.S. Attorney, Douglas Morabito, and the U.S. Probation Officer assigned to this case, Paul Collette.

**MOVANT,**
**NATALIE LEVINE**

By: /s/ *Thomas M. Gallagher*

Thomas M. Gallagher (phv09119)
Allison E. DeLaurentis (phv09115)
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
gallaghert@pepperlaw.com
delaurea@pepperlaw.com
Telephone:  (215) 981-4000
Facsimile:  (800) 443-7870

Robert B. Flynn (ct15803)
O'Connell, Attmore & Morris, LLC
280 Trumbull Street, 23rd Floor
Hartford, Connecticut 06103
rflynn@oamlaw.com
Telephone:  (860) 548-1300
Facsimile:   (860) 548-0023

*Attorneys for Defendant Natalie Levine*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2017, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to those listed below who are unable to accept electronic filing, as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Respectfully submitted,

/s/ *Allison E. DeLaurentis*

PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
delaurea@pepperlaw.com
Telephone:  (215) 981-4000
Facsimile:  (800) 443-7870