UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 3:17-CR-147-JBA |
| : | |
| v. : | |
| : | APRIL 1, 2019 |
| NATALIE LEVINE : | |

## JOINT MOTION FOR CONTINUANCE

The parties, by and through Defendant, Natalie Levine's, undersigned counsel, hereby moves this Court to continue the sentencing of Ms. Levine, which is presently set for May 24, 2019. In support of this Motion, the parties state:

1. This is the Defendant's fifth Motion for Continuance.

2. The reason for this request is that Assistant U.S. Attorney Douglas Morabito has informed counsel for Ms. Levine that he has a pre-existing conflict and is unable to appear on May 24, 2019.

3. It is the request of the Government that Ms. Levine's sentencing be postponed for one month and Defendant is in agreement with this request.

4. The undersigned further represents that the continuance being sought is by agreement with the U.S. Probation Officer assigned to this case, Paul Collette. Defendant has provided all requested information to the U.S. Probation Officer.

1

**MOVANT,**
**NATALIE LEVINE**

By:  /s/ *Thomas M. Gallagher*

Thomas M. Gallagher (phv09119)
Allison E. DeLaurentis (phv09115)
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
gallaghert@pepperlaw.com
delaurea@pepperlaw.com
Telephone:  (215) 981-4000
Facsimile:  (800) 443-7870

*Attorneys for Defendant Natalie Levine*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to those listed below who are unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Respectfully submitted,

/s/ *Allison E. DeLaurentis* _____

PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
delaurea@pepperlaw.com
Telephone:  (215) 981-4000
Facsimile:  (800) 443-7870