UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 3:17-CR-00147-JBA |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| NATALIE LEVINE | : | |
| | : | |
| Defendants | : | JUNE 21, 2019 |

## MOTION BY SPONSORING ATTORNEY TO BE EXCUSED FROM PROCEEDINGS

Pursuant to Local Rule 83.1(d)(2), the undersigned counsel moves the Court for permission to be excused from attending the sentencing hearing schedule for 2:00 p.m. for the above-captioned matter. In support of this motion, the undersigned represents as follows:

1.  I represent defendant Natalie Levine in the above-captioned action, and I have been acting a sponsoring attorney for visiting attorneys Thomas Gallagher and Allison DeLaurentis of the law firm of Pepper Hamilton, LLP in Philadelphia, Pennsylvania.

2.  Attorneys Gallagher and DeLaurentis have represented defendant from the outset of this action, and have acted as lead counsel in connection with all aspects of her defense.

3.  Attorneys Gallagher and DeLaurentis are experienced and capable counsel.

4. We have jointly determined that my presence is not necessary at the sentencing hearing, or at any future proceedings to fully defend the defendant's interests.

For the foregoing reasons, the undersigned requests permission to be excused from the sentencing hearing and from any future proceedings.

DEFENDANT,
NATALIE LEVINE

/s/ Robert B. Flynn
Robert B. Flynn
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
Tel: (203) 821-2000
Fax: (203) 821-2009
rflynn@npmlaw.com

**CERTIFICATION**

      I hereby certify that on June 21, 2019, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

      /s/ Robert B. Flynn
Robert B. Flynn
NEUBERT, PEPE & MONTEITH, P.C.