UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:17-CR-147-JBA |
| v. | |
| NATALIE LEVINE | MAY 1, 2020 |

**JOINT MOTION TO DETERMINE RESTITUTION**

The parties hereby move this Court to determine Ms. Levine's restitution obligation as follows:

1. Restitution in this matter has been continued pending the determination of the restitution obligation in a related case in the District of Massachusetts. See United States v. Kapoor et al., 1:16-cr-10343 (D. Mass.). Restitution in the related case has now been ordered.

2. The Government and the Defendant believe that the loss to which Ms. Levine contributed is encompassed by restitution ordered and paid in related cases.

3. Accordingly, the parties believe that the victims have been compensated fully, Ms. Levine's restitution obligation is satisfied, and respectfully request that no further restitution be ordered.

**MOVANT,**
**NATALIE LEVINE**

By:    /s/ *Thomas M. Gallagher*

         Thomas M. Gallagher (phv09119)
         Allison E. DeLaurentis (phv09115)
         PEPPER HAMILTON LLP
         3000 Two Logan Square
         18th and Arch Streets
         Philadelphia, PA 19103
         gallaghert@pepperlaw.com
         delaurea@pepperlaw.com
         Telephone:  (215) 981-4000
         Facsimile:  (800) 443-7870

         *Attorneys for Defendant Natalie Levine*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2020, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to those listed below who are unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Respectfully submitted,

/s/ *Allison E. DeLaurentis* _____

PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
delaurea@pepperlaw.com
Telephone:  (215) 981-4000
Facsimile:  (800) 443-7870